**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **MAURICE GINDRAW AND** | : |
| **GENEVA GINDRAW** | : |
| | : |
| **Debtor** | : |
| | : |
| | :    BK. NO. 16-12588 |
| | :    **CHAPTER 13** |
| | : |
| | :    11 U.S.C. |

**CERTIFICATION OF SERVICE**

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 10th day of January 2019, I did serve a copy of the Second Amended Chapter 13 Plan on the following individuals:

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Ste. 1813
Philadelphia, PA 19107

Ally Financial
P.O. Box 380901
Minneapolis, MN  55438

Fay Financial
440 S. LaSalle Street
Ste. 2000
Chicago, IL  60605

Philadelphia Federal Credit Union
12800 Townsend road
Philadelphia, PA  19154

Police and Fire Credit Union
901 Arch Street
Philadelphia, PA  19107

Southwest Credit
4120 International Parkway
Ste. 1100
Carrollton, TX  75007

Verizon
P.O. Box 650584
Dallas, TX  75265

Verizon Wireless
P.O. Box 26055
Minneapolis, MN  55426


DATE:    January 10, 2019            ATTORNEYS FOR DEBTORS


  _/s/ Ashley M. Sullivan_____
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
 Philadelphia, PA 19103
 (215)925-8400