## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | |
| | **:** | |
| **MAURICE GINDRAW AND** | **:** | |
| **GENEVA GINDRAW** | **:** | |
| | **:** | |
| **Debtor** | **:** | |
| | **:** | |
| | **:** | **BK. NO. 16-12588** |
| | **:** | **CHAPTER 13** |
| | **:** | |
| | **:** | **11 U.S.C.** |

### CERTIFICATION OF SERVICE

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 11th day of January 2019, I did serve a copy of the Second Amended Chapter 13 Plan on the following individuals:

William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Ste. 1813
Philadelphia, PA 19107

Ally Financial
P.O. Box 130424
Minneapolis, MN  55113-0004

Wilmington Savings Fund
C/O Fay Servicing
3000 Kellway Drive, Ste. 150
Carrollton, TX  75006

Philadelphia Federal Credit Union
12800 Townsend road
Philadelphia, PA  19154

Police and Fire Credit Union
3333 Street Road
Bensalem, PA  19020

DATE:    January 11, 2019          ATTORNEYS FOR DEBTORS


_/s/ Ashley M. Sullivan_____
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
 Philadelphia, PA 19103
 (215)925-8400