**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MAURICE GINDRAW and | : | |
| GENEVA GINDRAW, | : | |
| Debtors | : | Bky. No.  18-14344 ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. #32 ) filed by **Wilmington Savings Fund Society, FSB,** ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors are **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If: (a) the Lender has filed a proof of claim on account of pre-petition arrears and (b) the Trustee determines that the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, the Trustee may treat the Lender's proof of claim as **DISALLOWED** insofar as it constitutes a demand for payment of prepetition arrears.

**Date: January 16, 2019**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE