WILLIG, WILLIAMS & DAVIDSON
**BY: JONATHAN KRINICK, ESQUIRE**     Attorney for Debtor
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | |
| MAURICE GINDRAW : | Bankruptcy No. 18-14344-elf |
| GENEVA GINDRAW, : | |
| : | |
| Debtor(s) : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Ashley M. Sullivan, Esquire of Freedman and Lorry as counsel for the Debtor in the above-captioned matter.

Respectfully submitted,

BY /s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQ.

## ENTRY OF APPEARANCE

Kindly enter the appearance of Jonathan Krinick, Esquire of Willig, Williams & Davidson as counsel for the Debtor in the above-captioned matter.

Respectfully submitted,

WILLIG, WILLIAMS & DAVIDSON

BY:/s/ Jonathan Krinick
JONATHAN KRINICK, ESQ.