**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                               Chapter 13

                               Bankruptcy No. 18-14344-ELF

MAURICE GINDRAW
GENEVA GINDRAW
871 FOULKROD STREET

PHILADELPHIA, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MAURICE GINDRAW
    GENEVA GINDRAW
    871 FOULKROD STREET

    PHILADELPHIA, PA 19124


Counsel for debtor(s), by electronic notice only.

    ASHLEY M. SULLIVAN
    FREEDMAN AND LORRY P.C.
    1601 MARKET ST  STE 1500
    PHILADELPHIA, PA 19103-

                                                 /S/ William C. Miller

Date: 11/19/2019                              _____

                                                 William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee