UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| In Re: Maurice Gindraw and Geneva Gindraw | ) | Case No.: 18-14344-elf |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | **REQUEST FOR NOTICE** |
| | ) | |

**REQUEST OF AMIP MANAGEMENT, LLC FOR SERVICE OF NOTICES**

**PURSUANT TO FED. R. BANKR. P. 2002(g)**

---

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that AMIP Management, LLC as servicing agent for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-E, a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

**1**
REQUEST FOR NOTICE

1    AMIP Management, LLC requests that for all notice purposes and for inclusion in the

2    Master Mailing List in this case, the following address be used:

3    **PHYSICAL ADDRESS:**    **EMAIL ADDRESS:**

AMIP Management, LLC    amipbk@ghidottiberger.com

4    3020 Old Ranch Parkway, Suite 180

5    Seal Beach, CA 90740

6

7

8    Dated: November 25, 2019    By: */s/ Maxine Evans*

Maxine Evans

9    AMIP Management

Vice-President Default

10    P.O. Box 2741

Seal Beach, CA 90740

11    562-735-6555 x-110

12    amipbk@ghidottiberger.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
REQUEST FOR NOTICE

**CERTIFICATE OF SERVICE**

On November 25, 2019, I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Jonathan Krinick
jkrinick@wwdlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Marlen Gomez
Marlen Gomez

On November 25, 2019, I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Maurice Gindraw
871 Foulkrod Street
Philadelphia, PA 19124

JOINT DEBTOR
Geneva Gindraw
871 Foulkrod Street
Philadelphia, PA 19124

TRUSTEE
William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

U.S. TRUSTEE
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Marlen Gomez
Marlen Gomez