# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| IN RE: | |
|---|---|
| | CHAPTER 13 |
| **Maurice Gindraw & Geneva Gindraw, aka Geneva Jefferson** | CASE NO.: 18-14344-elf |
| Debtor | HEARING DATE: March 3, 2020<br>TIME: 11:00 A.M.<br>LOCATION: COURTROOM #1 |

## ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, it is hereby ORDERED that the corresponding Stipulation (Doc # 68) is hereby approved.

BY THE COURT:

3/19/20
Date

_____
**Eric L. Frank**
United States Bankruptcy Judge

{06357276; 1}