United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maurice Gindraw  
Geneva Gindraw  
     Debtors

Case No. 18-14344-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Mar 19, 2020  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.  
db/jdb         +Maurice Gindraw,    Geneva Gindraw,    871 Foulkrod Street,    Philadelphia, PA 19124-2301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:

        JONATHAN KRINICK    on behalf of Joint Debtor Geneva Gindraw jkrinick@wwdlaw.com, jkrinick@hotmail.com  
        JONATHAN KRINICK    on behalf of Debtor Maurice Gindraw jkrinick@wwdlaw.com, jkrinick@hotmail.com  
        KEVIN M. BUTTERY    on behalf of Creditor Wilmington Savings Fund Society kbuttery@rascrane.com  
        MICHAEL J. SHAVEL    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES V-E mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com  
        REBECCA ANN SOLARZ    on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor Wilmington Savings Fund Society bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                            TOTAL: 8

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| IN RE:<br><br>Maurice Gindraw & Geneva Gindraw, aka Geneva Jefferson<br>Debtor | CHAPTER 13<br><br>CASE NO.: 18-14344-elf<br><br>HEARING DATE: March 3, 2020<br>TIME: 11:00 A.M.<br>LOCATION: COURTROOM #1 |
|---|---|

### ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, it is hereby ORDERED that the corresponding Stipulation (Doc # 68) is hereby approved.

BY THE COURT:

3/19/20
Date

Eric L. Frank
United States Bankruptcy Judge

{06357276; 1}