United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Maurice Gindraw  
Geneva Gindraw  
    Debtor(s)

Case No. 18-14344-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2  
Date Rcvd: Nov 05, 2020     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14430709 | + | Wilmington Savings Fund Society, FSB, c/o AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| JONATHAN KRINICK | on behalf of Joint Debtor Geneva Gindraw jkrinick@wwdlaw.com jkrinick@hotmail.com |
| JONATHAN KRINICK | on behalf of Debtor Maurice Gindraw jkrinick@wwdlaw.com jkrinick@hotmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wilmington Savings Fund Society cdigianantonio@rascrane.com |
| MICHAEL J. SHAVEL | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES V-E mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: trc | Total Noticed: 1 |

REBECCA ANN SOLARZ

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Wilmington Savings Fund Society bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com   philaecf@gmail.com


TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14344-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Maurice Gindraw<br>871 Foulkrod Street<br>Philadelphia PA 19124 | Geneva Gindraw<br>871 Foulkrod Street<br>Philadelphia PA 19124 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/04/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 11: Wilmington Savings Fund Society, FSB, c/o AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740 | U.S. Bank Trust National Association, et al.<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/20

Tim McGrath
**CLERK OF THE COURT**