# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 18-14344-ELF

MAURICE  GINDRAW
GENEVA  GINDRAW
871 FOULKROD STREET

PHILADELPHIA, PA 19124

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MAURICE  GINDRAW
GENEVA  GINDRAW
871 FOULKROD STREET

PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

JONATHAN KRINICK ESQ
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT ST, 24TH FLOOR
PHILA, PA 19103-

Date: 12/15/2020

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee