WILLIG, WILLIAMS & DAVIDSON
BY: JONATHAN KRINICK, ESQUIRE          Attorney for Debtors/Respondents
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MAURICE GINDRAW | : | |
| GENEVA GINDRAW, | : | Chapter 13 |
| Debtor(s) | : | |
| | : | Bankr. No.  18-14344-elf |
| -------------------------- | : | |
| | : | |
| Ally Bank, | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Maurice & Geneva Genera, | : | |
| Respondent(s) | : | |

### PRAECIPE TO WITHDRAW ANSWER TO ALLY BANK MOTION FOR RELIEF

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please mark as WITHDRAWN the document  filed on the docket in this case as #86 and

titled Debtors' Answer To Motion For Relief From The Automatic Stay.

Respectfully submitted,

2/17/21                                                      /s/  Jonathan Krinick
DATE                                                        JONATHAN KRINICK, ESQUIRE
                                                                Counsel for Debtors