**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-14344(ELF) |
| MAURICE GINDRAW and | : | CHAPTER 13 |
| GENEVA GINDRAW | : | |
| aka GENEVA JEFFERSON | : | |
| Debtors | : | |

**ORDER**

On this 18th day of February, 2021, upon withdrawal of the Debtor's response to Ally Bank's Motion, it is hereby **ORDERED** that the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2011 Nissan Armada, VIN: 5N1AA0NC1BN618451 (the "Vehicle"); is hereby **MODIFIED** effective the date of this Order; that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order; and that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

## SERVICE LIST

Regina Cohen, Esquire
LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106

Jonathan Krinick, Esquire
1845 Walnut Street
24th Floor
Philadelphia, PA 19103
(Via ECF Only)

William C. Miller, Esquire
Chapter 13 Trustee
P. O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

Maurice Gindraw
Geneva Gindraw
871 Foulkrod Street
Philadelphia, PA 19124