United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14344-elf |
| Maurice Gindraw | Chapter 13 |
| Geneva Gindraw | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maurice Gindraw, Geneva Gindraw, 871 Foulkrod Street, Philadelphia, PA 19124-2301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Feb 19 2021 03:33:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | |
| | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| JONATHAN KRINICK | |
| | on behalf of Joint Debtor Geneva Gindraw jkrinick@wwdlaw.com  jkrinick@hotmail.com |
| JONATHAN KRINICK | |
| | on behalf of Debtor Maurice Gindraw jkrinick@wwdlaw.com  jkrinick@hotmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 2 |

KEVIN M. BUTTERY
    on behalf of Creditor Wilmington Savings Fund Society cdigianantonio@rascrane.com

MICHAEL J. SHAVEL
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES V-E mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society bkgroup@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com  ksweeney@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-14344(ELF) |
| MAURICE GINDRAW and | : | CHAPTER 13 |
| GENEVA GINDRAW | : | |
| aka GENEVA JEFFERSON | : | |
| Debtors | : | |

**ORDER**

On this 18th day of February, 2021, upon withdrawal of the Debtor's response to Ally Bank's Motion, it is hereby **ORDERED** that the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2011 Nissan Armada, VIN: 5N1AA0NC1BN618451 (the "Vehicle"); is hereby **MODIFIED** effective the date of this Order; that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order; and that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

**SERVICE LIST**

Regina Cohen, Esquire
LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Jonathan Krinick, Esquire
1845 Walnut Street
24th Floor
Philadelphia, PA 19103
(Via ECF Only)


William C. Miller, Esquire
Chapter 13 Trustee
P. O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Maurice Gindraw
Geneva Gindraw
871 Foulkrod Street
Philadelphia, PA 19124