# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-14344-ELF

MAURICE  GINDRAW
GENEVA  GINDRAW
871 FOULKROD STREET

PHILADELPHIA, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MAURICE  GINDRAW
    GENEVA  GINDRAW
    871 FOULKROD STREET

    PHILADELPHIA, PA 19124


Counsel for debtor(s), by electronic notice only.

    JONATHAN KRINICK ESQ
    WILLIG, WILLIAMS & DAVIDSON
    1845 WALNUT ST, 24TH FLOOR
    PHILA, PA 19103-

Date: 4/15/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee