# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-14344(ELF) |
| MAURICE GINDRAW and | : | CHAPTER 13 |
| GENEVA GINDRAW | : | |
| aka GENEVA JEFFERSON | : | HEARING SCHEDULED FOR |
| Debtors | : | JUNE 22, 2021 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## CERTIFICATE OF SERVICE

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on June 4, 2021, upon the following individuals:

                                                LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED: June 4, 2021                By: /s/ Regina Cohen
                                                Regina Cohen, Esquire
                                                Attorneys for Ally Financial Inc.

## **SERVICE LIST**

Jonathan Krinick, Esquire
1845 Walnut Street
24th Floor
Philadelphia, PA 19103
(Via ECF Only)

William C. Miller, Esquire
Chapter 13 Trustee
P. O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

Maurice Gindraw
Geneva Gindraw
871 Foulkrod Street
Philadelphia, PA 19124

2251086v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-14344(ELF) |
| MAURICE GINDRAW and | : | CHAPTER 13 |
| GENEVA GINDRAW | : | |
| aka GENEVA JEFFERSON | : | HEARING SCHEDULED FOR |
| Debtors | : | JUNE 22, 2021 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## CERTIFICATE OF SERVICE

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Financial Inc.'s Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on June 4, 2021, upon the following individuals:

                                                  LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:  June 4, 2021                  By:  /s/ Regina Cohen
                                                    Regina Cohen, Esquire
                                                    Attorneys for Ally Financial Inc.

## SERVICE LIST

Jonathan Krinick, Esquire
1845 Walnut Street
24th Floor
Philadelphia, PA 19103
(Via ECF Only)

William C. Miller, Esquire
Chapter 13 Trustee
P. O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

Maurice Gindraw
Geneva Gindraw
871 Foulkrod Street
Philadelphia, PA 19124

2251086v1