# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : BANKRUPTCY NO. 18-14344(ELF) |
| MAURICE GINDRAW and | : |
| GENEVA GINDRAW | : |
| aka GENEVA JEFFERSON | : |
| Debtors | : CHAPTER 13 |

## CERTIFICATION OF NO RESPONSE

I, REGINA COHEN, ESQUIRE, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Ally Financial Inc. for Relief from the Automatic Stay. The response date in the above-captioned matter was on or before **June 18, 2021**, which is more than fifteen (15) days from the date of service.

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

/s/ Regina Cohen
Regina Cohen, Esquire
Attorney for Movant

DATED: June 21, 2021

2254628v1