United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14344-elf |
| Maurice Gindraw | Chapter 13 |
| Geneva Gindraw | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Maurice Gindraw, Geneva Gindraw, 871 Foulkrod Street, Philadelphia, PA 19124-2301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: ally@ebn.phinsolutions.com | Jul 02 2021 23:21:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Lodge Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| JONATHAN KRINICK | on behalf of Joint Debtor Geneva Gindraw jkrinick@wwdlaw.com  jkrinick@hotmail.com |
| JONATHAN KRINICK | on behalf of Debtor Maurice Gindraw jkrinick@wwdlaw.com  jkrinick@hotmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 2 |

KEVIN M. BUTTERY
    on behalf of Creditor Wilmington Savings Fund Society cdigianantonio@rascrane.com

MICHAEL J. SHAVEL
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL
CREDIT OPPORTUNITIES V-E mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale
Trust bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society bkgroup@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com  ksweeney@lavin-law.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-14344(ELF) |
| MAURICE GINDRAW and | : | CHAPTER 13 |
| GENEVA GINDRAW | : | |
| aka GENEVA JEFFERSON | : | HEARING SCHEDULED FOR |
| Debtors | : | JUNE 22, 2021 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY FINANCIAL INC.**
**RELIEF FROM THE AUTOMATIC STAY**
**AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby **ORDERED**:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2015 Nissan Murano, VIN: 5N1AZ2MHXFN260175 (the "Vehicle"); is hereby modified to permit Ally Financial Inc. to exercise its *in rem* rights and remedies under applicable non-bankruptcy law with respect to the vehicle; and

IT IS FURTHER **ORDERED** that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Financial Inc. may act immediately upon entry of this Order.

**Order entered by default.**

Date: 7/2/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**