# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-14344-ELF

MAURICE GINDRAW
GENEVA GINDRAW
871 FOULKROD STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MAURICE GINDRAW
    GENEVA GINDRAW
    871 FOULKROD STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    JONATHAN KRINICK ESQ
    WILLIG, WILLIAMS & DAVIDSON
    1845 WALNUT ST, 24TH FLOOR
    PHILA, PA 19103-

Date: 4/21/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee