UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

MAURICE GINDRAW and
GENEVA GINDRAW

Chapter 13

**Debtors**

Case No. 18-14344

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Maurice and Geneva Gindraw in the above referenced Chapter 13 case.

                              BY: /s/ Jonathan Krinick
                                  JONATHAN KRINICK, ESQUIRE
                                WILLIG, WILLIAMS & DAVIDSON
                                1845 Walnut Street, 24th Floor
                                Philadelphia, PA  19103
                                (215) 814-9227
                                jkrinick@wwdlaw.com

    Kindly enter my appearance on behalf of Maurice and Geneva Gindraw in the above referenced Chapter 13 case.

                                BY:/s/ Ashley M. Sullivan
                                ASHLEY M. SULIVAN, ESQUIRE
                                SPEAR WILDERMAN, P.C.
                                230 S. Broad Street, Ste. 1400
                                Philadelphia, PA  19102
                                (215) 732-0101
                                (215) 732-7790
                                asullivan@spearwilderman. com