**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                                        Chapter 13

MAURICE GINDRAW  and
GENEVA GINDRAW
Debtors                                     Case No.:  18-14344-elf

**DEBTOR'S RESPONSE TO CERTIFICATTION OF DEFAULT OF SN SERVICING**

Debtor-Respondents, Maurice Gindraw and Geneva Gindraw (hereafter :Debtors") responds to the Certification of Default of SN Servicing.

1. On June 23, 2022, attorney for Debtors received Notice of Default from counsel for SN Servicing, claiming that Debtors owed $12,060.77 in post-petition payments.

2. Attorney for Debtors provided proof of payments for the period in question in the amount of $10,960.00.

3. Attorneys for SN Servicing credited Debtors with said payments, and also advised that there could be additional credit due to Debtors if they can show proof of payments from April-September, 2020, when the servicing of the loan was transferred to SN Servicing.

4. Debtors have proof of payments during this period in the amount of $2,986.00.

5. On July 21, 2022, attorneys for SN Servicing filed a Certification of Default, requesting $12,224.06., despite Debtors providing evidence that payments had been made.

    6. Debtors deny the alleged delinquency as stated in the Creditors Certification regarding the Post-Petition payment history and have sufficient funds to cure any amounts that may be currently due.

WHEREFORE, Debtor respectfully requests an Order denying SN Servicing's Certification of Default.

Date:

                        BY:_____
                            ASHLEY M. SULLIVAN, EQUIRE
                            SPEAR WILDERMAN, P.C.
                            230 S. Broad Street, 14th Floor
                            Philadelphia, PA  19102
                            (215) 732-0101
                            (215) 7342-7790 (fax)
                            asullivan@spearwilderman.com
                            Attorney for Debtor