**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Chapter 13

MAURICE GINDRAW and
GENEVA GINDRAW
Debtors

Case No.:  18-14344-elf

## CERTIFICATE OF SERVICE

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that on the 22nd day of July, 2022, I did serve a copy of the Objection to Certification of Default on the following individuals via regular mail and  electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the US Trustee
200 Chestnut Street
Ste. 502
Philadelphia, PA  19106

Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO, LLP
1325 Franklin Avenue, Ste. 160
Garden City, NY  11530

Date:   July 22, 2022

BY:/s/ Ashley M. Sullivan

ASHLEY M. SULLIVAN, EQUIRE
SPEAR WILDERMAN, P.C.
230 S. Broad Street, 14th Floor
Philadelphia, PA  19102
(215) 732-0101
(215) 7342-7790 (fax)
asullivan@spearwilderman.com
Attorney for Debtor