United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14344-elf |
| Maurice Gindraw | Chapter 13 |
| Geneva Gindraw | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 22, 2022 | Form ID: 167 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maurice Gindraw, Geneva Gindraw, 871 Foulkrod Street, Philadelphia, PA 19124-2301 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRU, c/o Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |
| cr | + | Wilmington Savings Fund Society, FSB, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 14431184 | + | 3020 Old Ranch Parkway, Wilmington Savings Fund Society, FSB, Suite 180, Seal Beach, CA 90740-2799 |
| 14567292 | + | Ally Bank, c/o Regina Cohen, Esquire, Lavin, Cedrone, Graver, Boyd & DiSipio, 190 North Independence Mall West, Suite, 6th and Race Streets Philadelphia, PA 19106-1554 |
| 14606192 | + | Ally Financial Inc., c/o Regina Cohen, Esquire, Lavin,Cedrone, Graver,Boyd, & DiSipio, 190 North Independence Mall West, Suite, 6th and Race Streets Philadelphia, PA 19106-1554 |
| 14701180 | + | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, as servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14131136 | + | Fay Financial, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-1016 |
| 14131137 | + | KML Law Group, P.C., Ste. 5000 BNY, Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14131138 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14131139 | + | Police and Fire Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14171022 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, Pa. 19020-2022 |
| 14701373 | + | SN Servicing Corporation as servicer for U.S. Bank, c/o Lauren M. Moyer, Esquire, Friedman Vartolo,LLP, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14279728 | + | WILMINGTON SAVINGS FUND SOCIETY, Fay Servicing, LLC, 3000 Kellway Drive Suite 150, Carrollton, TX 75006-3357 |
| 14431185 | + | Wilmington Savings Fund Society, FSB, c/o Maxine Evans, AMIP Management, P.O. Box 2741, Seal Beach, CA 90740-1741 |
| 14430709 | + | Wilmington Savings Fund Society, FSB, c/o AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 14239477 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jul 23 2022 00:20:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jul 23 2022 00:32:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: RASEBN@raslg.com | Jul 23 2022 00:20:00 | Wilmington Savings Fund Society, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 14161641 | | Email/Text: ally@ebn.phinsolutions.com | Jul 23 2022 00:20:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14161108 | | Email/Text: ally@ebn.phinsolutions.com | Jul 23 2022 00:20:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |

Case 18-14344-elf    Doc 127    Filed 07/24/22    Entered 07/25/22 00:29:38    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: 167 | Total Noticed: 33 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14131135 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 23 2022 00:20:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14188366 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 23 2022 00:21:47 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14345990 | | Email/Text: ECF@fayservicing.com | Jul 23 2022 00:20:00 | Fay Servicing, LLC, PO BOX 814609, Dallas TX 75381-4609 |
| 14285502 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 23 2022 00:20:00 | Fay Servicing, LLC, c/o Maria Tsagaris, McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14285262 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 23 2022 00:20:00 | Fay Servicing, LLC, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14159720 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 23 2022 00:21:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14131140 | + | Email/Text: bankruptcy@sw-credit.com | Jul 23 2022 00:20:00 | SouthwestCredit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 14558422 | ^ | MEBN | Jul 23 2022 00:16:41 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14131141 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 23 2022 00:20:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |
| 14131142 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 23 2022 00:20:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fay Servicing, LLC |
| 14188714 | | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST |
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14239478 | *+ | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022         Signature:    /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 22, 2022 | Form ID: 167 | Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ASHLEY M. SULLIVAN | on behalf of Joint Debtor Geneva Gindraw asullivan@spearwilderman.com hbanks@spearwilderman.com |
| ASHLEY M. SULLIVAN | on behalf of Debtor Maurice Gindraw asullivan@spearwilderman.com hbanks@spearwilderman.com |
| BRIAN E. CAINE | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wilmington Savings Fund Society cdigianantonio@rascrane.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust lmoyer@friedmanvartolo.com |
| MICHAEL J. SHAVEL | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES V-E mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Maurice Gindraw and Geneva Gindraw
    Debtor(s)

Case No: 18−14344−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust

on: 8/2/22

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 7/22/22

For The Court

Timothy B. McGrath
Clerk of Court

126 − 124
Form 167