# IN THE UNITED STATES BANKRUPTY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

                                                 Chapter 13

MAURICE GINDRAW and
GENEVA GINDRAW
Debtors                                          Case No.:  18-14344-elf

## DEBTOR'S AMENDED OBJECTION TO CERTIFICATION OF DEFAULT OF SN SERVICING

  Debtor-Respondents, Maurice Gindraw and Geneva Gindraw (hereafter :Debtors") responds to the Certification of Default of SN Servicing.

1. On June 23, 2022, attorney for Debtors received Notice of Default from counsel for SN Servicing, claiming that Debtors owed $12,060.77 in post-petition payments.

2. Debtors deny the alleged delinquency as stated in the Creditors Certification regarding the Post-Petition payment history, and have sufficient funds to cure any amounts that may be currently due.

    WHEREFORE, Debtor respectfully requests an Order denying SN Servicing's Certification of Default.

Date: July 26, 2022

                                          BY:  /s/ Ashley M. Sullivan
                                                  ASHLEY M. SULLIVAN, ESQUIRE
                                                  SPEAR WILDERMAN, P.C.
                                                  230 S. Broad Street, 14th Floor
                                                  Philadelphia, PA  19102
                                                  (215) 732-0101
                                                  (215) 7342-7790 (fax)
                                                  asullivan@spearwilderman.com
                                                  Attorney for Debtor