UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Maurice Gindraw and<br>Geneva Gindraw<br>aka Geneva Jefferson<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust<br>Movant<br>v.<br>Maurice Gindraw and<br>Geneva Gindraw<br>aka Geneva Jefferson<br>Debtor<br>Kenneth E. West<br>- Trustee<br>Respondents | Case No.: 18-14344-elf<br><br>Chapter: 13<br><br>Judge: Eric L. Frank |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this __1st__ day of __September__, 2022, it is hereby **ORDERED** that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust's Certification of Default (Doc. # 134) is **APPROVED.**

Eric L. Frank
Bankruptcy Judge