**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

| | |
|---|---|
| **MAURICE GINDRAW AND** | |
| **GENEVA GINDRAW** | **Chapter 13** |
| **Debtor** | **Case No. 18-14344** |

**ENTRY AND WITHDRAW OF APPEARANCE**

To the Clerk:

      Kindly enter my appearance on behalf of Maurice and Geneva Gindraw in the above referenced Chapter 13 case.

      BY: /s/ Vladislav Kachka
      VLADISLAV KACHKA, ESQUIRE
      SPEAR WILDERMAN, P.C.
      230 S. Broad Street, Ste. 1400
      Philadelphia, PA  19102
      (215) 732-0101
      (215) 732-7790
      vkachka@spearwilderman.com

      Kindly withdraw my appearance on behalf of Maurice and Geneva Gindraw in the above referenced Chapter 13 case.

      BY:/s/ Ashley M. Sullivan
      ASHLEY M. SULLIVAN, ESQUIRE
      SPEAR WILDERMAN, P.C.
      230 S. Broad Street, Ste. 1400
      Philadelphia, PA  19102
      (215) 732-0101
      (215) 732-7790
      asullivan@spearwilderman. com