**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

          Chapter 13

MAURICE GINDRAW and
GENEVA GINDRAW
Debtors           Case No.:  18-14344

**CERTIFICATION OF NO RESPONSE**

I, VLADISLAV KACHKA, Attorney for Debtor, hereby certify that as of the 28th day of September, 2022, I not received any response to the Motion to Modify Chapter 13 Plan Post-Confirmation filed on behalf of Debtors on September 2, 2022.

Date:   September 28, 2022

          BY:/s/ Vladislav Kachka
          VLADISLAV KACHKA, EQUIRE
          SPEAR WILDERMAN, P.C.
          230 S. Broad Street, 14th Floor
          Philadelphia, PA  19102
          (215) 732-0101
          (215) 7342-7790 (fax)
          vkachka@spearwilderman.com
          Attorney for Debtors