**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

        Chapter 13

MAURICE GINDRAW and
GENEVA GINDRAW
Debtors        Case No.: 18-14344

**CERTIFICATE OF SERVICE**

I, VLADISLAV KACHKA, Attorney for Debtor, hereby certify that on the 20th day of October, 2022, I did serve a copy of the Amended Schedule I the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Ally Financial
Attn:  Kayleen Thompson
P.O. Box 130424
Roseville, MN  55113-0004

Police and Fire Credit Union
Attn:   Joseph R. Loverdi
3333 Street Road
Bensalem, PA  19020

Philadelphia Federal Credit Union
Attn: Bonnie Ann Scheffer
12800 Townsend Road
Philadelphia, PA  19154

Directv, LLC
Attn:  Jennifer Harris
By American Inforsource as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK  73118

US Bank Trust, NA
C/O SN Servicing
Attn:   Andrea Lynn Betts
323 5th Street
Eureka, CA  95501

Lauren M. Moyer, Esquire
FRIEDMAN VARTLO, LLP
1325 Franklin Avenue, Ste. 160
Garden City, NY  11530


Date:   October 20, 2022

                      BY:/s/ Vladislav Kachka
                          VLADISLAV KACHKA, EQUIRE
                          SPEAR WILDERMAN, P.C.
                          230 S. Broad Street, 14th Floor
                          Philadelphia, PA  19102
                          (215) 732-0101
                          (215) 7342-7790 (fax)
                          vkachka@spearwilderman.com
                          Attorney for Debtor