UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Maurice Gindraw
      Bankruptcy No. 18-14344-elf
      Adversary No.
      Chapter    13

Date:  11/4/2022

To:    VLADISLAV KACHKA
Spear Wilderman
230 South Broad Street
Suite 1400
Philadelphia, PA 19102

## NOTICE OF INACCURATE FILING

Re: Certificate of Service

The above pleading was filed in this office on 11/2/2022. Please be advised that the following document(s) filed contains a deficiency as set forth below:

| | |
|---|---|
| ( ) | Debtor's name does not match case number listed |
| ( ) | Debtor's name and/or case number (is) are missing. |
| ( ) | Wrong PDF document attached |
| ( ) | PDF document not legible |
| ( ) | Notice of Motion/Objection |
| ( ) | Electronic Signature missing |
| (xx) | Other- Incorrect name and case number on document |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **C. Wagner**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04