**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

| | |
|---|---|
| **MAURICE GINDRAW AND** | |
| **GENEVA GINDRAW** | **Chapter 13** |
| **Debtor** | **Case No. 18-14344** |

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

    Kindly withdraw my appearance on behalf of Maurice and Geneva Gindraw in the above referenced Chapter 13 case.

                                        BY: /s/  Vladislav Kachka
                                            VLADISLAV KACHKA, ESQUIRE
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, Ste. 1400
                                            Philadelphia, PA  19102
                                            (215) 732-0101
                                            (215) 732-7790
                                            vkachka@spearwilderman.com

    Kindly enter my appearance on behalf of Maurice and Geneva Gindraw in the above referenced Chapter 13 case.

                                        BY:/s/ Akeem J. Parsons
                                            ASHLEY M. SULLIVAN, ESQUIRE
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, Ste. 1400
                                            Philadelphia, PA  19102
                                            (215) 732-0101
                                            (215) 732-7790
                                            aparsons@spearwilderman. com