**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Chapter 13** |
|     **MAURICE GINDRAW** | : | |
|     **GENEVA GINDRAW,** | : | |
|         Debtors | : | **Bky. No. 18-14344 ELF** |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #162) is **APPROVED**.

**Date: January 10, 2023**

                                                **ERIC L. FRANK**
                                                **U.S. BANKRUPTCY JUDGE**