United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14344-elf |
| Maurice Gindraw | Chapter 13 |
| Geneva Gindraw | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maurice Gindraw, Geneva Gindraw, 871 Foulkrod Street, Philadelphia, PA 19124-2301 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS OWNER TRU, c/o Hill Wallack, LLP, 777 Township Line Road, Suite 250, Yardley, PA 19067-5565 |
| cr | + | Wilmington Savings Fund Society, FSB, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 11 2023 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2023 00:22:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jan 11 2023 00:22:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | | Email/Text: ECF@fayservicing.com | Jan 11 2023 00:22:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | ^ | MEBN | Jan 11 2023 00:15:47 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | ^ | MEBN | Jan 11 2023 00:15:47 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:33:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 11 2023 00:22:00 | Wilmington Savings Fund Society, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fay Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

**Name**       **Email Address**

AKEEM J. PARSONS
on behalf of Joint Debtor Geneva Gindraw akeemparsonsesq@gmail.com  aparsons@spearwilderman.com

AKEEM J. PARSONS
on behalf of Debtor Maurice Gindraw akeemparsonsesq@gmail.com  aparsons@spearwilderman.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Wilmington Savings Fund Society bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN E. CAINE
on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Lodge Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN M. BUTTERY
on behalf of Creditor Wilmington Savings Fund Society cdigianantonio@rascrane.com

LAUREN MOYER
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust lmoyer@friedmanvartolo.com

LAUREN MOYER
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow Series IV Trust lmoyer@friedmanvartolo.com

MICHAEL J. SHAVEL
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES V-E mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

REGINA COHEN
on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

REGINA COHEN
on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 12 |

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        Chapter 13
    MAURICE GINDRAW                 :
    GENEVA GINDRAW,                 :
        Debtors                      :        Bky. No. 18-14344 ELF

**O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Amended Chapter 13 Plan (Doc. #162) is **APPROVED**.

Date: January 10, 2023

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE