United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                            Case No. 18-14344-pmm

Maurice Gindraw                                                                        Chapter 13

Geneva Gindraw

  Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Jul 06, 2023                    Form ID: 212                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

**Recip ID               Recipient Name and Address**
db/jdb               +  Maurice Gindraw, Geneva Gindraw, 871 Foulkrod Street, Philadelphia, PA 19124-2301

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:**

**Name**                          **Email Address**

AKEEM J. PARSONS
                          on behalf of Joint Debtor Geneva Gindraw akeemparsonsesq@gmail.com  aparsons@spearwilderman.com

AKEEM J. PARSONS
                          on behalf of Debtor Maurice Gindraw akeemparsonsesq@gmail.com  aparsons@spearwilderman.com

BRIAN CRAIG NICHOLAS
                          on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale
                          Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
                          on behalf of Creditor Wilmington Savings Fund Society bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN E. CAINE
                          on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Lodge Series IV Trust bcaine@parkermccay.com,
                          BKcourtnotices@parkermccay.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN M. BUTTERY

on behalf of Creditor Wilmington Savings Fund Society cdigianantonio@rascrane.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow
Series IV Trust lmoyer@friedmanvartolo.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge
Series IV Trust lmoyer@friedmanvartolo.com

MICHAEL J. SHAVEL

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL
CREDIT OPPORTUNITIES V-E mshavel@hillwallack.com,
ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

REGINA COHEN

on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

REGINA COHEN

on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re:                                                                    Chapter: 13

     Maurice Gindraw and Geneva Gindraw

Debtor(s)                                                          Case No: 18–14344–pmm

### *ORDER*

       AND NOW, July 6, 2023, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

       Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

       And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

       Accordingly, it is hereby ORDERED that the debtor shall file

    ☐  A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑  A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

       If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.


For The Court

Patricia M. Mayer

Judge, United States Bankruptcy Court