United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Maurice Gindraw  
Geneva Gindraw  
    Debtors

Case No. 18-14344-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jul 07, 2023     Form ID: 138OBJ     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maurice Gindraw, Geneva Gindraw, 871 Foulkrod Street, Philadelphia, PA 19124-2301 |
| 14431184 | + | 3020 Old Ranch Parkway, Wilmington Savings Fund Society, FSB, Suite 180, Seal Beach, CA 90740-2799 |
| 14567292 | + | Ally Bank, c/o Regina Cohen, Esquire, Lavin, Cedrone, Graver, Boyd & DiSipio, 190 North Independence Mall West, Suite, 6th and Race Streets Philadelphia, PA 19106-1554 |
| 14606192 | + | Ally Financial Inc., c/o Regina Cohen, Esquire, Lavin,Cedrone, Graver,Boyd, & DiSipio, 190 North Independence Mall West, Suite, 6th and Race Streets Philadelphia, PA 19106-1554 |
| 14131138 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14279728 | + | WILMINGTON SAVINGS FUND SOCIETY, Fay Servicing, LLC, 3000 Kellway Drive Suite 150, Carrollton, TX 75006-3357 |
| 14431185 | + | Wilmington Savings Fund Society, FSB, c/o Maxine Evans, AMIP Management, P.O. Box 2741, Seal Beach, CA 90740-1741 |
| 14239477 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 08 2023 00:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2023 00:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14161641 | | Email/Text: ally@ebn.phinsolutions.com | Jul 08 2023 00:46:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14161108 | | Email/Text: ally@ebn.phinsolutions.com | Jul 08 2023 00:46:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14131135 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 08 2023 00:46:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 14188366 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 08 2023 00:55:22 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14345990 | | Email/Text: ECF@fayservicing.com | Jul 08 2023 00:46:00 | Fay Servicing, LLC, PO BOX 814609, Dallas TX 75381-4609 |
| 14701180 | ^ | MEBN | Jul 08 2023 00:42:30 | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, as servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14131136 | + | Email/Text: ECF@fayservicing.com | Jul 08 2023 00:46:00 | Fay Financial, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-1016 |
| 14131137 | ^ | MEBN | Jul 08 2023 00:42:24 | KML Law Group, P.C., Ste. 5000 BNY, Mellon Independence Center, 701 Market Street, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19106-1541 |
| 14285502 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 08 2023 00:46:00 | Fay Servicing, LLC, c/o Maria Tsagaris, McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14285262 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 08 2023 00:46:00 | Fay Servicing, LLC, c/o McCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14159720 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 08 2023 00:55:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14131139 | + | Email/Text: bankruptcy1@pffcu.org | Jul 08 2023 00:46:00 | Police and Fire Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14171022 | + | Email/Text: bankruptcy1@pffcu.org | Jul 08 2023 00:46:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, Pa. 19020-2022 |
| 14701373 | ^ | MEBN | Jul 08 2023 00:42:26 | SN Servicing Corporation as servicer for U.S. Bank, c/o Lauren M. Moyer, Esquire, Friedman Vartolo,LLP, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14131140 | + | Email/Text: bankruptcy@sw-credit.com | Jul 08 2023 00:46:00 | SouthwestCredit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 14712105 | ^ | MEBN | Jul 08 2023 00:42:15 | U.S. Bank Trust National Association, as Trustee, of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14558422 | ^ | MEBN | Jul 08 2023 00:42:16 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 14131141 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 08 2023 00:46:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |
| 14131142 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 08 2023 00:46:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |
| 14430709 | ^ | MEBN | Jul 08 2023 00:42:22 | Wilmington Savings Fund Society, FSB, c/o AMIP Management, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14188714 | | WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST |
| 14239478 | *+ | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 07, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

Date: Jul 09, 2023         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

**Name**            **Email Address**

AKEEM J. PARSONS
    on behalf of Joint Debtor Geneva Gindraw akeemparsonsesq@gmail.com  aparsons@spearwilderman.com

AKEEM J. PARSONS
    on behalf of Debtor Maurice Gindraw akeemparsonsesq@gmail.com  aparsons@spearwilderman.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Wilmington Savings Fund Society bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN E. CAINE
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Lodge Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN M. BUTTERY
    on behalf of Creditor Wilmington Savings Fund Society cdigianantonio@rascrane.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series IV Trust lmoyer@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow Series IV Trust lmoyer@friedmanvartolo.com

MICHAEL J. SHAVEL
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES V-E mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Maurice Gindraw and Geneva Gindraw

        Debtor(s)

Case No: 18−14344−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/7/23

176 − 171
Form 138OBJ